JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6203 CR-ZLOCH**

18 USC §1546(a)

MAGISTRATE JUDGE
SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ORVILLE BUCHANAN, )<br>a/k/a "Keith Lloyd Thompson" )<br>)<br>Defendant. )<br>_____ ) |  |

## INDICTMENT

The Grand Jury charges that:

On or about July 16, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

ORVILLE BUCHANAN,
a/k/a "Keith Lloyd Thompson,"

did knowingly and willfully possess and attempt to use a counterfeit temporary alien resident card, that is, an INS Form I-94 with an ADIT stamp bearing the name Keith Lloyd Thompson entitling the



defendant to lawful admission into the United States and authorizing employment, which the defendant then and there well knew to be counterfeit, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

ORVILLE BUCHANAN

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL   ___ WPB ___ FTP

**Superseding Case Information**:
New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _____NO_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      _X_         (Check only one)
   II   6 to 10 days     ___         Petty    ___
   III  11 to 20 days    ___         Minor    ___
   IV   21 to 60 days    ___         Misdem.  ___
   V    61 days and over ___         Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____7/16/00 (Krome)_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached

REV 6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ORVILLE BUCHANAN          No.:_____

Count #I:
Knowingly attempting to use a counterfeit temporary alien resident card: in violation of 18:1546(a)

*Max Penalty: Ten years' imprisonment, $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96