AO 442 (Rev 12/85) Warrant for Arrest    AUSA KAPLAN; Immigration and Naturalization Service S/A Angela Lear (954) 356-7790

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

ORVILLE BUCHANAN
a/k/a "Keith Lloyd Thompson"

**CASE NUMBER:**

00 - 6203

CR - ZLOCH MAGISTRATE JUDGE
SELTZER

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ ORVILLE BUCHANAN, a/k/a "Keith Lloyd Thompson"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly possessing and attempting to use a temporary alien resident card with an adit stamp entitling the defendant to lawful admission into the United States and authorizing employment, which the defendant knew to be counterfeit;

in violation of Titles 18  United States Code, Sections _____ 1546(a)

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at  Pre-trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

July 27, 2000, Fort Lauderdale, Florida
Date and Location

by *[signature]*  U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

2p

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ORVILLE BUCHANAN

ALIAS: Keith Lloyd Thompson

LAST KNOWN RESIDENCE: 555 Ocean Avenue Apt 2B, Brooklyn, NY 11226

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Jamaica

DATE OF BIRTH: 08/20/70

SOCIAL SECURITY NUMBER:

HEIGHT: 5'8"     WEIGHT: 155 lbs

SEX: Male     RACE: Black

HAIR: Black     EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Immigration and Naturalization Service, S/A Angela Lear (954) 356-7790 1800 Eller Drive, Suite 402, Fort Lauderdale, FL 33316