07/31/2000 11:26 9543567948 PEV FLL INS
0-cr-06203-WJZ Document 3 Entered on FLSD Docket 08/03/2000 Pa
FILED by _____ D.C.
AUG 2 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 006203-CR 1157
             Plaintiff )
                 ) REPORT COMMENCING CRIMINAL
      -VS-        ) ACTION
                 )
  Orville Buchanan   )   55411-004
      Defendant

*****************************************************

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court    FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/2/00   am/**pm**

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1546 (Fraud Docs)

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 09/03/65

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case# 00CR6203

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8/2/00   (9) Arresting Officer: LEAR

(10) Agency: USINS   (11) Phone: 954-356-7790

(12) Comments: _____

3