

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CR-Zloch

UNITED STATES OF AMERICA

vs
Orville Buchanan

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-2-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: In Custody

Telephone:

DEFENSE COUNSEL:   Name: FPD

Address:

Telephone:

BOND SET/CONTINUED:  $_____ No hearing held yet

Bond hearing held: yes____ no X  Bond hearing set for 8-9-00

Dated this  2  day of  August , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services