| | |
|---|---|
| DEFT: Orville Buchanan (J)# | CASE NO: 00-6203-CR-Zloch |
| AUSA: Jeff Kaplan /Bob Nicholson | ATTNY: Bernardo Lopez |
| AGENT: | VIOL: |
| PROCEEDING: Initial Appearance | BOND REC: PTD / APD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 
11) Travel extended to: 
12) ___ Halfway House
___ Electronic Monitoring

A - advised of charges
A - sworn for counsel

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
No audio tapes.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 8-9-00 | 10:00 am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-17-00 | 11:00 am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 8-2-00    TIME: 11:00am    TAPE # 00-061    PG #
2905-3343
Recalled 3921-3935