AO 442 (Rev. 12/85) Warrant for Arrest    AUSA KAPLAN; Immigration and Naturalization Service S/A Angela Lear (954) 356-7790

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

ORVILLE BUCHANAN
a/k/a "Keith Lloyd Thompson"

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6203-CR-ZLOCH

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ORVILLE BUCHANAN, a/k/a "Keith Lloyd Thompson" _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly possessing and attempting to use a temporary alien resident card with an adit stamp entitling the defendant to lawful admission into the United States and authorizing employment, which the defendant knew to be counterfeit;

in violation of Titles __18__ United States Code, Sections ____1546(a)____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at __Pre-trial Detention__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

July 27, 2000, Fort Lauderdale, Florida
Date and Location

by _____ U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/27/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 8/2/00 | FOR: INS | Edward Purchase, SDUSM |