DEFT: Orville Buchanan (J)# CASE NO: 00-6203-CR-Zloch
AUSA: Jeff Kaplan /Don Chase ATTNY: FPD Wilcox for Hunt
AGENT: ___ VIOL: ___
PROCEEDING: PTD Hearing BOND REC: ___
BOND HEARING HELD - yes (no) COUNSEL APPOINTED: ___
___ BOND SET @ $250,000 Corp. Surety w/ nebbia
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
AUG 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

No Bond hrg held. Both sides stipulate to a $250,000 CSB w/ nebbia, both sides reserving right to proceed w/ a PTD hearing at a later date.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 8-9-00 TIME: 11:00am ~~10:00am~~ TAPE # 00-065 PG # 13
1891-1939

12