HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ORVILLE BUCHANAN__ CASE NO: __00-6203-CR-ZLOCH__

AUSA __JEFFREY KAPLAN__ *Powell* ATTY FPD __Farnsworth,__ 00-043
*Disc out - no pending* *for Bat Hunt*
*motions - possible plea* @1392

DEFT __IAN OLIVER GUTHRIE__ CASE NO: ~~00-6201-CR-DIMITROULEAS~~

AUSA __THOMAS LANIGAN__ *Powell* ATTY FPD - *Farnsworth for*
*Disc out - no pending motion* *Bidwell*
*possible plea - trial 9/5* @1419
DEFT *motions due Aug 31* CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __8-17-00__ TIME __11:00__

16