UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CR-ZLOCH

UNITED STATES OF AMERICA,　　　:

　　　　Plaintiff,　　　　　　　:

v.　　　　　　　　　　　　　　　:

ORVILLE BUCHANAN,　　　　　　　:

　　　　Defendant.　　　　　　　:
_____

FILED by _____ D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

　　　　A status conference was held in this cause on August 17, 2000. At that conference, the parties informed the Court as follows:

　　　　1. Discovery has been provided.

　　　　2. This case likely will be resolved by way of a plea.

　　　　DATED at Fort Lauderdale, Florida, this 21st day of August, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeff Kaplan (FTL)
AFPD Pat Hunt (FTL)