UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6203-CR-ZLOCH

FILED by _____ D.C.

AUG 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

ORVILLE BUCHANAN

TYPE OF CASE                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                           COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, Fl, 33301       September 27, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Patrick Hunt, Esq., AFPD

