**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6203-CR-ZLOCH**

**UNITED STATES OF AMERICA**

    **v.**

ORVILLE BUCHANAN

FILED by _____ D.C.
SEP 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                           **COURTROOM A**
299 E. BROWARD BLVD.           **DATE & TIME:**
FT. LAUDERDALE, FL 33301    October 13, 2000 at 11:00 AM

**CHANGE OF PLEA & SENTENCING - COUNSEL PLEASE ADVISE YOUR CLIENT**
***JUDGE ZLOCH WILL ASK FOR A CONFESSION***

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: September 26, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Patrick Hunt, Esq., AFPD