FILED by ___ D.C.
OCT 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT _of Florida_

United States v. Orville Buchanan    00-6203-CR-Zloch

Defendant's Waiver of Preparation of Presentence Investigation and Report

I, ____Orville Buchanan____, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

10/5/00          Buchanan
(Date)          (Signature of Defendant)


10/5/00          [signature]
(Date)          (Defendant's Attorney)


Prob 13C (10/76)

20