UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

OCT 13 2000

CASE NUMBER 00-6203-CR-Zloch    DATE 10-13-00
CLERK Carlene Neady    REPORTER Carl Schanzleh
PROBATION Georgann Stanley    INTERPRETER

UNITED STATES OF AMERICA v. Orville Buchanan

U. S. ATTORNEY Jeffrey Kaplan    DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea & Sentencing

RESULT OF HEARING Deft entered plea of guilty to the indictment & Ct finds deft guilty to ct 1 - Deft sentenced to Time served - 3 yrs SupRel - $100 assessment. Upon completion of imprisonment surrendered

JUDGMENT to INS for deportation - If deported not Re-enter w/o prior express permission of AG - Non-Reporting, if deported - Report w/in 72 hrs to

CASE CONTINUED TO _____ TIME _____ FOR _____
Prob if Returns — FT Dappointed for appeal.

MISC Waiver of PSI filed in open court
Written Plea Agreement

22