# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
V.
ORVILLE BUCHANAN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6203-CR-ZLOCH

PATRICK HUNT, ESQ., AFPD
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) ___1___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1546(a) | possession and attempt to use a counterfeit temporary alien resident card | 7/16/00 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____
Defendant's Date of Birth: 8/20/70
Defendant's USM No.: 55411-004
Defendant's Residence Address: _____

Date of Imposition of Judgment: 10/13/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Defendant's Mailing Address: _____

Date: 10/13/00

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

AO 245B (Rev. 9/96) Judgment in a Criminal Case
Sheet 6 – Reverse – Statement of Reasons

Judgment – Page of

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

'00 OCT 17 P2:29

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Purchese SDUSM